```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

MADALYN M. COCHRANE, ET AL.               CIVIL ACTION

VERSUS                                    NO: 07-4284

USAA CASUALTY INSURANCE CO.               SECTION: "A" (5)

### ORDER AND REASONS

Before the Court is a **Motion for Review of Magistrate Judge's Order Denying Leave to File First Amended Answer (Rec. Doc. 50)** filed by defendant USAA Casualty Insurance Co. Plaintiffs, Madalyn M. Cochrane and Charles J. Cochrane, Sr., oppose the motion. The motion, set for hearing on March 4, 2008, is before the Court on the briefs without oral argument.

On January 17, 2008, Judge Chasez entered an order denying Defendant leave to file an amended answer. (Rec. Doc. 46). Review of such an order is governed by Rule 72 which requires that any objections be filed within ten days of being served with the order. The record reflects that six attorneys are enrolled on behalf of Defendant and all six attorneys of record were given

notice of the order on January 17, 2008.  Nevertheless, the instant motion for review was not filed until February 6, 2008, well after the ten day period.  The motion for review is therefore untimely.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion for Review of Magistrate Judge's Order Denying Leave to File First Amended Answer (Rec. Doc. 50)** filed by defendant USAA Casualty Insurance Co. is **DENIED.**

March 5, 2008

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2